UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIDALIA RAMOS,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. NO.:<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

### PARTIES

1. The Plaintiff, Midalia Ramos ("Ramos"), is an individual residing in Suffolk County, Massachusetts.

2. The defendant, United States Postal Service ("USPS") is a body politic and agency of the United States government, headquartered at 475 L'Enfant Plaza SW in Washington, District of Columbia, with a principal place of business at 25 Dorchester Avenue, Suffolk County, Massachusetts.

### JURISDICTION

3. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §1346.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

4. On or about December 2, 2020, the Plaintiff, Midalia Ramos, was a passenger in a 2007 Mercedes Benz motor vehicle bearing a Commonwealth of Massachusetts registration number 1DVZ61 on Route 1 in Saugus, Essex County, Massachusetts.

5. On or about December 2, 2020, the Defendant, USPS, was the owner of the USPS motor vehicle bearing an unknown Commonwealth of Massachusetts registration number.

6. On or about December 2, 2020, the Defendant, John Doe, was operating a motor vehicle owned by and registered to the Defendant, USPS, on Route 1 in Saugus, Essex County, Massachusetts while in the course of their employment with the Defendant, USPS.

7. On or about December 2, 2020, plaintiff, Ramos was passenger in a 2008 Mercedes Benz motor vehicle bearing a Commonwealth of Massachusetts registration number of 1DVZ61 on Route 1 in Saugus, Essex County, Massachusetts, when the Defendant, John Doe, while operating Defendant, USPS's vehicle in the course of his employment struck the back of the vehicle in which Ramos was a passenger.

8. Due to the impact from the motor vehicle owned by Defendant, USPS and operated by Defendant, John Doe, the Plaintiff, Ramos, sustained personal injuries.

9. As a result of her injuries, Plaintiff Ramos has had to undergo substantial medical treatment causing her to incur medical expenses in excess of Two Thousand Dollars ($2,000.00).

10. The Plaintiff, Ramos, has been totally and partially disabled as a result of this collision.

11. On or about January 28, 2021, Plaintiff presented a notice of her bodily injury claim to the United States, as required by the Federal Tort Claims Act, 28 U.S.C. §1346(b), which demand was received on February 4, 2021. Copies of said presentment are attached as "**Exhibit A**" and incorporated herein by reference.

12. On or about June 26, 2023, Plaintiff was mailed a final administrative ruling by the United States Postal Service stating Plaintiff's claim for injury was denied. A copy of said determination is attached as "**Exhibit B**" and incorporated herein by reference.

## COUNT I: NEGLIGENCE

13. The Plaintiff realleges, repleads and incorporates by reference paragraphs 1 – 12 above as if fully set forth herein.

14. John Doe owed a duty of reasonable care in the operation of the Defendant, USPS' motor vehicle to all persons on or about December 2, 2020, including but not limited to Ramos.

15. On or about December 2, 2020, John Doe was negligent and breached a duty of care to Ramos by failing to operate the Defendant, USPS' motor vehicle in a reasonable manner and striking the motor vehicle in which the Plaintiff was a passenger.

16. As a direct and proximate result of the USPS' negligence, Ramos has suffered and will continue to suffer severe injuries, physical and emotional damages, pain and suffering, and has been prevented from carrying on her usual activities of daily living.

   WHEREFORE, the Plaintiff, Midalia Ramos, prays that this Honorable Court enter judgment against the Defendant, United States Postal Service, on Count I, in the full amount of any and all damages recoverable at law, costs, attorneys' fees, and for such other and further relief which this Court deems just and proper.

                                          Respectfully submitted,
                                          Plaintiff, Midalia Ramos,
                                          By her Attorneys,

                                          */s/ Sean C. Joanis*
                                        Jason D. Stone, Esq., BBO#: 647233
                                        Sean C. Joanis, Esq., BBO#: 653582
                                        JASON STONE INJURY LAWYERS
                                        225 Friend Street, Suite 301
                                        Boston, MA 02114
                                        (617) 523-4357
                                        JDS@StoneInjury.com
                                        SCJ@StoneInjury.com

Dated: November 22, 2023